## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Steven Hamilton,                                    * From the 244th District
                                                      Court of Ector County,
                                                      Trial Court No. C-37,598.

Vs. No. 11-13-00235-CR                              * August 30, 2013

The State of Texas,                                * Per Curiam Memorandum Opinion
                                                      (Panel consists of: Wright, C.J.,
                                                      McCall, J., and Willson, J.)


  This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.